# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DOUMAR, ROBERT G. | U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 08/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR UNITED STATES DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Room 420 United States Courthouse
600 Granby Street
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | ▓▓▓▓▓▓ unimproved land in Chesapeake, VA |
| 2. | MEMBER | ▓▓▓▓ unimproved land in rural areas of Va. Beach, VA |
| 3. | MEMBER | ▓▓▓▓ a limited parntnership |
| 4. | STOCKHOLDER | ▓▓▓▓ a subchapter S corporation |
| 5. | STOCKHOLDER | ▓▓▓▓ (subchapter S corporation) |
| 6. | STOCKHOLDER | ▓▓ Subchapter S corporation (owns unimproved lots in Chesapeake, VA) |
| 7. | CO-MANAGER | ROBERT AND DOROTHY DOUMAR FOUNDATION (charitable foundation which holds stock in Chevron Corp., EOG Resources) |
| 8. | MEMBER | ▓▓▓▓ |
| 9. | MEMBER | LINDSEY CANAL, INC. |
| 10. | MEMBER | ▓▓▓▓ |
| 11. | MEMBER | ▓▓▓▓ |
| 12. | MEMBER | ▓▓▓▓ Pasquotank Co., NC |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2016 | DIRECTOR'S FEE - ▓▓▓▓▓▓▓▓▓▓▓ . |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 04/01-03/2016 | New York, NY | Professional Association | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | B | Dividend | K | T | | | | | |
| 2. ABBVIE INC. COM | C | Dividend | M | T | Buy | 02/01/16 | J | | |
| 3. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 4. | | | | | Buy (add'l) | 06/13/16 | J | | |
| 5. AEVI GENOMIC MEDICINE INC. (X) | | None | J | T | Spinoff (from line 138) | 12/15/16 | J | | |
| 6. AFLAC INC. | A | Dividend | K | T | Buy | 03/22/16 | J | | |
| 7. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 8. ALIBABA GROUP HOLDING LTD. | | None | K | T | | | | | |
| 9. ALLEGION PLC | A | Dividend | K | T | | | | | |
| 10. ALLIANCE BERNSTEIN HOLDING, LP (X) | A | Dividend | J | T | Buy | 11/25/16 | J | | |
| 11. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 12. ALPHABET A INC., formerly GOOGLE | | None | L | T | | | | | |
| 13. ALPHABET C INC., formerly GOOGLE | | None | L | T | | | | | |
| 14. AMERICAN CAPITAL AGENCY, (Merrill Lynch IRA) (Y) | | | | | | | | | |
| 15. AMERITRADE | A | Interest | J | T | | | | | |
| 16. AMTRUST FINANCIAL SERVICES | A | Dividend | K | T | | | | | |
| 17. ANNALY CAPITAL MGMT. | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANWORTH MORTGAGE ASSET | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 19. ARES CAPITAL CORP. (X) | B | Dividend | K | T | Buy | 09/06/16 | K | | |
| 20. | | | | | Buy (add'l) | 09/20/16 | K | | |
| 21. ARMANINO FOODS OF DISTINCTION | A | Dividend | J | T | Buy | 03/29/16 | J | | |
| 22. ARROW FINL. CORP. | A | Dividend | K | T | Buy | 12/12/16 | J | | |
| 23. AT&T | B | Dividend | K | T | | | | | |
| 24. AXA | A | Dividend | K | T | Buy | 07/05/16 | J | | |
| 25. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 26. BAIDU INC. | | None | M | T | | | | | |
| 27. BANK OF AMERICA | B | Dividend | M | T | | | | | |
| 28. BANK OF NEW YORK MELLON | A | Dividend | K | T | | | | | |
| 29. BB&T CORP. | D | Dividend | N | T | Buy | 06/06/16 | J | | |
| 30. BLACKROCK EQUITY DIVIDEND FD A (IRA) (X) | D | | O | T | Buy | 06/14/16 | L | | |
| 31. | | Distribution | O | T | Distributed | 12/08/16 | M | | Dividend Reinvested |
| 32. BLACK ROCK LARGE CAP EQUITY | | None | | | Merged (with line 30) | | | | Sold 10/15/13 Reinvest IRA |
| 33. BLACK ROCK NAT.BASIC EQUITY | | None | | | Merged (with line 30) | | | | Sold 10/15/13 Reinvest IRA |
| 34. BLACK ROCK PACIFIC NAT. ETC. | | None | | | Merged (with line 30) | | | | Sold 10/15/13 Reinvest IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BOEING COMPANY | C | Dividend | M | T | | | | | |
| 36. BRISTOL MYERS SQUIBB CO. | A | Dividend | K | T | Buy | 11/01/16 | K | | |
| 37. | | | | | Buy (add'l) | 12/14/16 | K | | |
| 38. BROOKFIELD GLOBAL LISTED (X) | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 39. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 40. CALAMOS STRG. TTL (X) | A | Distribution | J | T | Buy | 06/20/16 | J | | |
| 41. | A | Dividend | J | T | Buy (add'l) | 07/05/16 | J | | |
| 42. CALUMET SPECIALTY PRODUCTS | A | Distribution | | | Sold (part) | 04/15/16 | J | | |
| 43. | | | | | Sold | 06/16/16 | J | | |
| 44. ▓▓▓▓▓▓▓ | B | Distribution | J | W | | | | | |
| 45. CAPITAL ONE FINANCIAL | B | Dividend | L | T | | | | | |
| 46. CELLCOM ISRAEL, LTD. (Y) | | | | | | | | | |
| 47. CENTURY LINK | C | Dividend | K | T | | | | | |
| 48. ▓▓▓▓▓▓▓ | C | Distribution | L | W | | | | | |
| 49. CENTRAL SECURITIES CORP. (Y) | | | | | | | | | |
| 50. CHEMOURS CO. (Y) | | | | | | | | | |
| 51. CHENIERE ENERGY, INC. | | None | | | Sold | 12/20/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CHESAPEAKE ENERGY (Y) | | | | | | | | | |
| 53. CHIMERA INVESTMENT | B | Distribution | K | T | Buy | 11/23/16 | J | | |
| 54. CHINA MOBILE | B | Dividend | L | T | | | | | |
| 55. CISCO SYSTEMS | B | Dividend | L | T | | | | | |
| 56. CITIGROUP COMMON STOCK | B | Dividend | M | T | | | | | |
| 57. COMMUNICATIONS SALES & LEASING (Y) | | | | | | | | | |
| 58. CONOCO-PHILLIPS | B | Dividend | L | T | | | | | |
| 59. CORNING | A | Dividend | K | T | | | | | |
| 60. COSTCO WHOLESALE CORP. | A | Dividend | K | T | | | | | |
| 61. CURIS INC. | | None | J | T | | | | | |
| 62. CSX CORP. | B | Dividend | M | T | | | | | |
| 63. DELUXE CORP. | A | Dividend | K | T | | | | | |
| 64. DEVON ENERGY (Y) | | | | | | | | | |
| 65. DHT HOLDINGS INC. (X) | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 66. DIEBOLD | A | Dividend | K | T | | | | | |
| 67. DIVIDEND AND INCOME FUND (X) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 68. | | | | | Buy (add'l) | 06/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ▮▮▮▮▮ | E | Distribution | N | W | | | | | |
| 70. ▮▮▮▮▮ | | None | L | W | | | | | |
| 71. ▮▮▮▮▮ | E | Distribution | M | W | | | | | |
| 72. DOW CHEMICAL | B | Dividend | L | T | | | | | |
| 73. DUPONT | C | Dividend | M | T | | | | | |
| 74. EATON VANCE FLOATING CLASS C (Mutual Fund Signature Adv.) | C | Distribution | M | T | | | | | |
| 75. ECOLAB | A | Dividend | K | T | | | | | |
| 76. ▮▮▮▮▮ | G | Distribution | M | W | | | | | |
| 77. EMERSON ELECTRIC | B | Dividend | L | T | | | | | Partial Sale 6/3/2015 |
| 78. ENERGY TRANSFER PARTNERS LP | B | Distribution | K | T | Sold (part) | 04/15/16 | K | | |
| 79. | | | | | Buy | 06/13/16 | J | | |
| 80. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 81. ENTERPRISE PRODUCTS | C | Distribution | L | T | | | | | |
| 82. ENVEST, II | D | Distribution | K | W | | | | | |
| 83. EOG RESOURCES, INC. | B | Dividend | M | T | Donated (part) | 11/07/16 | K | | |
| 84. ESKO BIONICS HOLDINGS, INC. (X) | | None | J | T | | | | | Purchased 11/30/15 |
| 85. EXELON CORP. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 87. FACEBOOK INC. (X) | | None | J | T | Buy | 12/29/16 | K | | Settlement Date 1/4/2017 |
| 88. FAIRFAX CNTY VA ECONOMIC DEV. AUTH. BOND (X) | | None | J | T | Buy | 12/13/16 | J | | |
| 89. FAIRFIELD ASSOCIATES | A | Distribution | J | W | | | | | |
| 90. | F | Distribution | N | W | | | | | |
| 91. FIDUCIARY/CLAYMORE MLP. (X) | A | Distribution | J | T | Buy | 06/13/16 | J | | |
| 92. FREEPORT McMORAN INC. | | None | J | T | | | | | |
| 93. FRONTIER COMMUNICATIONS | A | Dividend | J | T | Buy | 03/21/16 | J | | |
| 94. | | | | | Sold (part) | 06/14/16 | K | | |
| 95. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 96. GAMCO GLOBAL GOLD NTRL. RES. | A | Distribution | J | T | | | | | |
| 97. GABELLI TRUST | B | Distribution | K | T | | | | | |
| 98. GAIN CAPITAL HOLDINGS (X) | A | Dividend | J | T | Buy | 02/01/16 | J | | |
| 99. GAMESTOP CORP. (X) | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 100. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 101. GARRISON CAP. INC. | B | Dividend | | | Sold | 12/15/16 | J | | |
| 102. GOLDMAN SACHS | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GLAXO SMITHKLINE PLC. (X) | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 104. GREATER CHINA FUND (Y) | | | | | | | | | |
| 105. GRUPO TELEVISA (Y) | | | | | | | | | |
| 106. GUAM GOVT. BUSINESS PRIVILEGE BOND | A | Interest | J | T | | | | | |
| 107. HAWAIIAN HOLDINGS, INC. | A | Dividend | K | T | Sold (part) | 04/15/16 | K | E | |
| 108. HEWLETT PACKARD | A | Dividend | J | T | | | | | |
| 109. HP INC. | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 110. HOLLYFRONTIER CORP. COM. | A | Dividend | | | Sold | 11/03/16 | K | | |
| 111. HONEYWELL INTL. INC. (Merrill Lynch IRA) | A | Dividend | | | Sold | 06/14/16 | K | A | |
| 112. HOST HOTELS & RESORTS | A | Dividend | J | T | | | | | |
| 113. HSBC HLDG. PLC. | B | Dividend | K | T | | | | | |
| 114. ILG INC. (X) | A | Dividend | J | T | Open | 10/20/16 | J | | Name change Interval Leisu |
| 115. INDEPENDENT PROPERTY OPERATORS | C | Distribution | L | W | | | | | |
| 116. INGERSOLL RAND | B | Dividend | L | T | | | | | |
| 117. INTEL CORP. | B | Dividend | L | T | | | | | |
| 118. INTERVAL LEISURE GROUP, INC. WORLDWIDE INC. (X) | | None | | | Spinoff (from line 201) | 05/13/16 | J | | |
| 119. | | | | | Closed | 10/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  INVESCO. MORTG. CAPITAL | B | Dividend | J | T | Sold (part) | 06/14/16 | J | | |
| 121. | | None | M | W | | | | | |
| 122.  JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 123.  KINDER MORGAN, INC. (Y) | | | | | | | | | |
| 124.  KKR FINANCIAL | A | Dividend | | | Sold | 06/14/16 | J | | 11/20/15 Partial Sale |
| 125.  LADENBURG THALMAN PFD | C | Dividend | M | T | | | | | |
| 126. | E | Distribution | K | W | | | | | |
| 127.  LAZARD LTD. (X) | | None | K | T | Buy | 12/16/16 | K | | |
| 128.  LEXINGTON VA. INDL. DEV. AUTH EDL BOND (X) | | None | J | T | Buy | 12/13/16 | J | | |
| 129.  LIBERTY TAX INC. (X) | D | Distribution | | | Sold | 11/03/16 | J | | Purchased 3/18/14 |
| 130.  LINDSEY CANAL, INC. (X) | | None | J | W | | | | | Est. 9/13/13 |
| 131.  LOUDON CNTY VA ECONOMIC DEV. BOND (X) | | None | J | T | Buy | 12/13/16 | J | | |
| 132.  MAIN STREET CAPITAL | D | Distribution | L | T | | | | | |
| 133.  MARRIOTT INTL. INC. (X) | A | Dividend | K | T | Spinoff (from line 201) | 09/23/16 | J | | |
| 134.  MASTERCARD INC. | A | Dividend | J | T | | | | | |
| 135.  MCDONALDS CORP. | A | Dividend | L | T | Buy | 06/13/16 | J | | |
| 136. | | | | | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. McMINN PLAZA ASSOCIATES (Y) | | | | | | | | | |
| 138. MEDEGENICS INC., now AEVI GENOMIC MEDICINE INC. | A | Distribution | | | Closed | 12/15/16 | J | | |
| 139. MEDLEY CAPITAL CORP. | A | Distribution | J | T | Buy | 01/11/16 | J | | |
| 140. MERCK | B | Dividend | L | T | | | | | |
| 141. MFS TOTAL RETURN FUND | C | Dividend | M | T | | | | | Auto reinvestment of Div. |
| 142. MICROSOFT | B | Dividend | L | T | | | | | |
| 143. MIND CTI LTD. | A | Dividend | J | T | | | | | |
| 144. MONSANTO CO. (X) | A | Dividend | K | T | Buy | 04/25/16 | K | | |
| 145. MORGAN STANLEY | B | Dividend | L | T | | | | | |
| 146. MOTOROLA SOLUTIONS | A | Dividend | K | T | | | | | |
| 147. NAVIOS MARITIME PTNRS (Y) | | | | | | | | | |
| 148. NEW RESIDENTIAL INV. CORP. | B | Dividend | K | T | | | | | |
| 149. NEW YORK MORTGAGE TRUST, INC. (X) | A | Distribution | J | T | Buy | 04/27/16 | J | | |
| 150. NEWTEK BUSINESS SERVICES CORP. (X) | A | Distribution | J | T | Buy | 03/28/16 | J | | |
| 151. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 152. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 153. NGL ENERGY PARTNERS | | None | | | Sold | 06/14/16 | J | | 11/30/15 Partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NIKE INC. | A | Dividend | K | T | Sold (part) | 11/03/16 | K | | |
| 155. NORFOLK SOUTHERN | B | Dividend | M | T | | | | | |
| 156. NORTHERN TRUST CORP. | A | Dividend | K | T | | | | | |
| 157. NVIDIA CORP. | A | Dividend | M | T | | | | | |
| 158. NXP SEMICONDUCTOR | | None | M | T | Buy | 01/26/16 | L | | |
| 159. | | | | | Buy | 06/13/16 | K | | |
| 160. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 161. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 162. OISA B (Y) | | | | | | | | | |
| 163. OLD REPUBLIC INTL CORP. (X) | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 164. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 165. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 166. ONEOK PARTNERS | D | Distribution | L | T | | | | | |
| 167. ORANGE CNTY VA. ECONOMIC DEV. BOND (X) | | None | J | T | Buy | 12/13/16 | J | | |
| 168. OTC MARKETS GROUP INC. | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 169. PAPA MURPHYS HOLDINGS INC. | | None | | | Sold | 11/03/16 | J | | |
| 170. PATRICK INDUSTRIES | | None | K | T | Sold (part) | 04/15/16 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PBF ENERGY INC. CL A | A | Dividend | J | T | Sold (part) | 09/06/16 | J | | |
| 172. PERION NETWORK (formerly Incredimail) (Y) | | | | | | | | | |
| 173. PHILLIPS 66 | C | Dividend | M | T | | | | | |
| 174. PINELAND STATION, n/k/a SEA TURTLE MARKETPLACE | | None | K | W | | | | | |
| 175. PITNEY BOWES, INC. | A | Dividend | K | T | Sold (part) | 11/23/16 | J | | |
| 176. PLAINS ALL AMERICAN PIPELINE | D | Distribution | L | T | | | | | |
| 177. PLY GEM HLDGS INC. (Y) | | | | | | | | | |
| 178. POWHATAN COUNTY VA. ECONOMIC DEV. BOND (X) | | None | J | T | Buy | 12/13/16 | J | | |
| 179. PRINCESS ANNE BUILDERS, INC. | A | Distribution | M | W | | | | | |
| 180. PRINCESS ANNE BLDRS / CAMDEN | E | Distribution | N | W | | | | | |
| 181. PROSPECT CAPITAL CORP. (X) | A | Dividend | J | T | Buy | 06/09/16 | J | | |
| 182. | | | | | Buy (add'l) | 09/26/16 | J | | |
| 183. QUALCOMM INC. (X) | B | Dividend | K | T | Buy | 02/01/16 | K | | |
| 184. RAPPAHANNOCK VA. REG. JAIL AUTH. BOND | A | Dividend | | | Redeemed | 12/01/16 | J | A | |
| 185. RAYONIER INC. | B | Distribution | L | T | Buy (add'l) | 12/09/16 | K | | |
| 186. REAVES UTILITY INCOME FUND SBI (IRA) | B | Dividend | L | T | | | | | Auto reinvestment of Div. |
| 187. REGENCY ENERGY PARTNERS, LP (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 27

Name of Person Reporting

DOUMAR, ROBERT G.

Date of Report

08/02/2017

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ▨▨▨ PASQUOTANK COUNTY, NC | A | Rent | M | W | | | | | |
| 189. RESERVE PETROLEUM | A | Dividend | J | T | | | | | |
| 190. ROCHE HOLDINGS CORP. | A | Dividend | J | T | | | | | |
| 191. ROYAL DUTCH PETROLEUM | C | Dividend | L | T | | | | | |
| 192. SANDRIDGE MISSISSIPPIAN TR. | A | Dividend | | | Sold | 06/14/16 | J | | |
| 193. SANDRIDGE PERMIAN TRUST, LP (X) | A | Distribution | J | T | Buy | 09/09/16 | J | | |
| 194. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 195. SANOFI | A | Distribution | K | T | | | | | |
| 196. SARATOGA INVESTMENT CORP. | B | Distribution | K | T | | | | | |
| 197. SASOL LTD. (Y) | | | | | | | | | |
| 198. SEAGATE TECHNOLOGY ORD. | A | Distribution | K | T | Buy | 11/07/16 | J | | |
| 199. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 200. SEVENTY SEVEN ENERGY INC. | | None | | | Closed | 08/02/16 | J | | Bankruptcy Escrow |
| 201. STARWOOD HOTELS & RESORTS WORLDWIDE, INC., Merge with MARRIOTT INTL. | A | Dividend | | | Redeemed | 09/23/16 | J | B | |
| 202. STATE STREET CORP. | A | Dividend | K | T | | | | | |
| 203. SUBURBAN PROPANE PARTNERS | C | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. SUNCOKE ENERGY PARTNERS, LP (X) | A | Distribution | J | T | Buy | 09/09/16 | J | | |
| 205. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 206. SUNTRUST | D | Dividend | M | T | | | | | |
| 207. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 208. TAIWAN SEMICONDUCTOR | B | Dividend | L | T | | | | | |
| 209. TAL INTERNATIONAL GROUP | A | Distribution | | | Closed | 07/13/16 | J | | |
| 210. TANDY LEATHER FACTORY | | None | J | T | | | | | |
| 211. TICC CAPITAL CORP. (X) | | None | J | T | Buy | 12/16/16 | J | | |
| 212. TOWNEBANK | E | Dividend | P1 | T | Buy | 05/06/16 | K | | |
| 213. TRANSPORTADORA (Y) | | | | | | | | | |
| 214. TRANS OCEAN (Y) | | | | | | | | | |
| 215. TRITON INTERNATIONAL LTD. (X) | A | Dividend | | | Spinoff (from line 209) | 07/13/16 | J | | |
| 216. | | | | | Sold | 10/24/16 | J | | |
| 217. UBS FINANCIAL - Money Market | A | Interest | K | T | | | | | |
| 218. VANGUARD NATURAL RESOURCES, LLC (X) | A | Distribution | | | Sold | 10/24/16 | J | | Purchased 06/19/15 |
| 219. VALERO ENERGY CORP. (X) | A | Dividend | K | T | Buy | 09/26/16 | K | | |
| 220. | | | K | T | Buy (add'l) | 11/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. VIRGINIA ST. PUB. SCH. AUTH. OBLIG PRINCE WILLIAM CNTY BOND (X) | | None | J | T | Buy | 12/13/16 | J | | |
| 222. WALT DISNEY CO. | A | Distribution | K | T | Sold (part) | 11/03/16 | K | | |
| 223. ▓▓▓▓ | | None | J | W | | | | | |
| 224. WELLS FARGO | B | Dividend | M | T | | | | | |
| 225. WESTPAC BKG. CORP. (X) | | None | K | T | Buy | 11/23/16 | K | | |
| 226. WESTERN ASSET MGMT. CORP. (Y) | | | | | | | | | |
| 227. WHEELER REAL ESTATE INVESTMENT TRUST, INC. | B | Dividend | L | T | Buy | 01/15/16 | J | | |
| 228. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 229. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 230. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 231. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 232. WINDSTREAM HLDGS INC., formerly Windstream Corp. (Y) | | | | | | | | | |
| 233. ▓▓▓▓ | E | Distribution | N | W | | | | | |
| 234. YELP INC. (X) | | None | | | Sold | 07/05/16 | J | | Purchased 01/05/15 |
| 235. YUM! BRANDS INC. | A | Dividend | J | T | | | | | |
| 236. YUM CHINA HLDGS. INC. (X) | | None | J | T | Spinoff (from line 235) | 11/01/16 | J | | |
| 237. SPOUSE'S ASSETS LISTED BELOW ARE TO BE REDACTED FROM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. REPORT OF THE UNDERSIGNED MADE PUBLIC BY THE COMMITTEE DUE | | | | | | | | | |
| 239. TO HER CLAIMED CONSTITUTIONAL RIGHT OF PRIVACY: | | | | | | | | | |
| 240. Altria Group | A | Dividend | J | T | | | | | |
| 241. American Tower REIT, Inc. | A | Dividend | | | Sold | 01/15/16 | J | | |
| 242. American Waterworks Co. | A | Dividend | | | Sold (part) | 09/09/16 | J | D | |
| 243. | | | | | Sold | 09/15/16 | J | D | |
| 244. Anadarko Pete Corp. (Y) | | | | | | | | | |
| 245. Apple Inc. | A | Dividend | J | T | | | | | |
| 246. Atmos Energy Corp. (X) | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 247. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 248. BB&T | B | Dividend | L | T | | | | | |
| 249. BB&T (Checking/money market) | A | Interest | K | T | | | | | |
| 250. Baxter Intern. (Y) | | | | | | | | | |
| 251. Baxalta Inc. Shs. (Y) | | | | | | | | | |
| 252. Black Rock Va. Muni. Tr. | A | Dividend | J | T | | | | | |
| 253. Boeing | A | Dividend | | | Sold | 03/28/16 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. CDK Global (Y) | | | | | | | | | |
| 255. CenturyLink Inc. | B | Dividend | J | T | | | | | |
| 256. China Growth Fund (Y) | | | | | | | | | |
| 257. CMA Tax Exempt Bonds | B | Interest | K | T | | | | | |
| 258. Coca-Cola | A | Dividend | J | T | | | | | |
| 259. Comcast | A | Dividend | J | T | | | | | |
| 260. Costco Wholesale | A | Dividend | J | T | | | | | |
| 261. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 262. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |
| 263. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | O | T | | | | | |
| 264. Devon Energy Corp. (X) | A | Dividend | J | T | Buy | 09/30/16 | J | | |
| 265. Diageo PLC | A | Dividend | J | T | | | | | |
| 266. ▩ | E | Distribution | N | W | | | | | |
| 267. Dominion Resources, Inc. | A | Dividend | J | T | | | | | |
| 268. Eaton Vance Greater China Growth | A | Dividend | J | T | | | | | |
| 269. EcoLab, Inc. | A | Dividend | J | T | | | | | |
| 270. Emerson Electric (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Exxon Mobil | A | Dividend | J | T | Sold (part) | 06/13/16 | J | B | |
| 272. Fireeye Inc. | | None | | | | | | | Sold 12/07/15 |
| 273. Fitbit Inc. (X) | A | Dividend | | | Buy | 09/15/16 | J | | |
| 274. | | | | | Sold | 12/30/16 | J | | |
| 275. Ford Motor Co. | A | Dividend | J | T | Sold (part) | 09/15/16 | J | | |
| 276. Frontier Communications Corp. (X) | A | Dividend | | | Sold | 12/30/16 | J | | |
| 277. General Electric (X) | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 278. General Motors Co. (X) | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 279. Guardian Life Insurance Co. - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 280. Hain Celestial Group, Inc. | A | Dividend | | | Buy | 01/15/16 | J | | |
| 281. | | | | | Sold | 09/15/16 | J | | |
| 282. Hess Corp. | A | Dividend | J | T | | | | | Partial Sale 6/3/15 |
| 283. Home Depot | B | Dividend | J | T | | | | | |
| 284. Honeywell Intl. Inc. | A | Dividend | J | T | | | | | |
| 285. IBM (Y) | | | | | | | | | |
| 286. Intel Corp. | A | Dividend | J | T | | | | | |
| 287. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 289. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 290. Invesco Municipal Opp. Trust | C | Dividend | J | T | | | | | |
| 291. Kellogg (Y) | | | | | | | | | |
| 292. Kraft (The) Heinz Co. | A | Dividend | J | T | | | | | |
| 293. Kraft Foods Group, Inc. (Y) | | | | | | | | | |
| 294. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 295. Lifelock Inc.(Y) | | | | | | | | | |
| 296. Life Storage Inc. (X) | A | Dividend | | | Buy | 01/15/16 | J | | |
| 297. | | | | | Sold | 12/30/16 | J | | |
| 298. ▓▓▓▓▓▓ | A | Distribution | K | W | | | | | Est. 9/13/13 |
| 299. Lockheed Martin Corp. (X) | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 300. Lord Abbett Intermediate (X) | A | Dividend | J | T | Buy | 04/01/16 | J | | |
| 301. Mallinckrodt PLC Shares (X) | | None | | | Sold | 12/30/16 | J | | Purchased 8/26/14; 12/7/15 |
| 302. McDonalds | A | Dividend | J | T | Sold (part) | 05/10/16 | J | | |
| 303. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 304. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 306. Merck and Co. Inc. Shs. | B | Dividend | | | Sold | 03/28/16 | J | | |
| 307. Monsanto Co. New Del Com (Y) | | | | | | | | | |
| 308. Morgan Stanley Mutual Fund (X) | E | Dividend | M | T | | | | | |
| 309. Nabors Industries, Ltd. | A | Dividend | | | Sold | 01/15/16 | J | | |
| 310. NexteEra Energy Inc. (X) | A | Dividend | J | T | | | | | |
| 311. Norfolk Southern | A | Dividend | K | T | Sold (part) | 08/19/16 | J | D | |
| 312. Occidental Pete Corp. Cal. . (X) | A | Dividend | K | T | Buy | 01/15/16 | J | | |
| 313. Oracle | A | Dividend | J | T | | | | | |
| 314. Patterson | A | Dividend | | | Sold | 03/28/16 | J | B | |
| 315. Pfizer | A | Dividend | J | T | | | | | |
| 316. Phillip Morris (Y) | | | | | | | | | |
| 317. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 318. QualComm Inc. (X) | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 319. Royal Dutch Shell (X) | A | Dividend | K | T | Buy | 09/19/16 | K | | |
| 320. Schlumberger | A | Dividend | K | T | | | | | |
| 321. Simon Property Group Del (REIT) | A | Dividend | J | T | Buy | 02/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 08/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. Sovran Selk Storage, Inc. (REIT) | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 323. Strataysys Ltd. (Y) | | | | | | | | | |
| 324. 3M Company | A | Dividend | J | T | | | | | |
| 325. Thermo Fisher Scientific, Inc. | A | Dividend | J | T | | | | | |
| 326. TowneBank Checking & Savings | A | Interest | J | T | | | | | |
| 327. United Pacific Corp. (X) | A | Dividend | J | T | Buy | 09/30/16 | J | | |
| 328. United Techs Corp. | A | Dividend | J | T | | | | | |
| 329. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 330. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 331. VA State Res. Auth. | B | Interest | K | T | | | | | |
| 332. Verizon Comm. | B | Dividend | K | T | | | | | |
| 333. Vodafone (Y) | | | | | | | | | |
| 334. Whole Foods (Y) | | | | | | | | | |
| 335. WRZD, Inc. | F | Distribution | K | T | | | | | |
| 336. Xcel Energy (Y) | | | | | | | | | |
| 337. Yandex | | None | | | Sold | 01/15/16 | J | | Purchase 01/09/15 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 25 of 27

Name of Person Reporting

DOUMAR, ROBERT G.

Date of Report

08/02/2017

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

2. ▌▌▌▌▌▌▌▌ owns parcels of land in Chesapeake, VA.

3. ▌▌▌▌▌▌▌▌ - limited liability company that owns an apartment building in Norfolk, VA.

4. ▌▌▌▌▌▌ unimproved land in Va. Beach, VA.

5. Independent Property Operators of America - owns real estate, mostly hotels, in various states.

6. ▌▌▌▌▌▌▌▌

7. Line 5. AEVI Genomic Medicine, Inc. name changed from Medgenics, Inc. (Line 137) on or about 12/15/2016.

8. Lines 30 and 31. Black Rock Equity Dividend FD A includes all Black Rock assets that were dividends reinvested into an IRA held by Merrill Lynch.

9. Line 32. Black Rock Large Cap. Equity sold on 10/15/2013 and was reinvested with Black Rock Equity Dividend FD A into an IRA held by Merrill Lynch. The sale was inadvertently omitted from prior reports as it was reinvested.

10. Line 33. Black Rock Nat. Basic Equity sold on 10/15/2013 and was reinvested with Black Rock Equity Dividend FD A into an IRA held by Merrill Lynch. The sale was inadvertently omitted from prior reports as it was reinvested.

11. Line 34. Black Rock Pacific Nat., Etc. sold on 10/15/2013 and was reinvested with Black Rock Equity Dividend FD A into an IRA held by Merrill Lynch. The sale was inadvertently omitted from prior reports as it was reinvested.

12. Line 77. Emerson Electric was a partial sale on or about 6/03/2015 that was incorrectly listed as a total sale on prior reports.

13. Line 83. EOG Resources, Inc. was a partial sale on or about 7/06/2015 that was incorrectly listed as a total sale on prior reports. It was donated in part on 11/07/2016 to The Robert and Dorothy Doumar Foundation.

14. Line 84. ESKO Bionics Holdings, Inc. was purchased 11/30/2015 and was inadvertently omitted from prior reports.

15. Line 87. Facebook, Inc. was purchased on or about 12/29/2016; however the settlement occurred on 01/04/2017.

16. Line 114. ILG Inc. name changed from Interval Leisure Group, Inc. (Line 118) on 10/20/2016.

17. Line 118. Interval Leisure Group, Inc. is a spinoff from Starwood Hotels & Resorts & Worldwide, Inc. (Line 201) on 5/13/2016.

18. Line 118. Interval Leisure Group, Inc. name changed to ILG Inc. (Line 114) on 10/20/2016.

19. Line 124. KKR Financial was a partial sale on 11/20/2015 and was incorrectly listed as a total sale on prior reports.

20. Line 129. Liberty Tax, Inc. was part of an investment with Envest II (Line 82) purchased on 03/18/2014 and sold on 11/03/2016.

21. Line 130. Lindsey Canal, Inc. Partnership established on 9/13/2013 which currently owns lots in Cumberland Farms, Chesapeake, VA.

22. Line 138. Medegenics, Inc. name changed to AEVI Genomic Medicine, Inc. (Line 5) on or about 12/15/2016.

23. Line 153. NGL Energy Partners had a partial sale on or about 11/30/2015 that was incorrectly listed as a total sale on prior reports.

24. Line 200. Seventy Seven Energy, Inc. filed Chapter 11 and was in escrow upon completion of merger with Patterson-UTI Energy, Inc. on 4/20/2017.

25. Line 201. Starwood Hotels & Resorts. Merger effective 09/23/2016 with Marriott Intl. Inc. (Line 133) & Worldwide Inc.

26. Line 218. Vanguard Natural Resources, LLC was purchased on or about 6/19/2015 and was inadvertently omitted from prior reports, and sold on 10/24/2016.

27. Line 234. Yelp Inc. was purchased on or about 1/5/2015 and was inadvertently omitted from prior reports, and sold on 7/05/2016.

28. Line 237-337. Insofar as my wife's listings are concerned, she is a woman of independent means and the listings contained herein with regard to her are those to which I may have personal knowledge from income tax returns and prior reports to you. I am not privy to any other information concerning her holdings and finances as she deals independently with regard to them and is an independent individual who will not waive her constitutional or statutory rights. My wife's holdings were not derived from or through me and are being reported since they may be known to me due to joint income tax returns and are released only because of the regulations placed upon me. I do not derive any benefit from her securities in any way. She claims her right to confidentiality by virtue of 26 U.S.C.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section 6103, among other protections. She emphatically believes her holdings reported on this form should not be divulged for any public viewing. She feels that her constitutional rights have been and will be violated and that she has not been afforded a hearing with regard to your requirement that her personal and private holdings be reported. She states she has not been afforded due process. Any information you feel is lacking or is in need of explanation should be directed to her as I have disclosed that which I may have learned from past tax information and some of which may be over reported out of an abundance of caution.

29. Line 255.      was a partial sale on 12/07/2015 and was incorrectly listed as a total sale on prior reports.

30. Line 266.      owns unimproved land in rural areas of Virginia Beach, VA and was inadvertently omitted from prior reports.

31. Line 272. Fireeye Inc. was purchased on 9/15/2015 and sold on 12/07/2015 that was inadvertently omitted from prior reports.

32. Line 276. Frontier Communication Corp. was purchased on 12/07/2015 and was inadvertently omitted from prior reports.

33. Line 282. Hess Corp. was a partial sale on 06/03/2015 and was incorrectly listed as a total sale on prior reports.

34. Line 298.

35. Line 301. Mallinckrodt PLC Shares was purchased on 08/26/2014 and 12/07/2015 that was inadvertently omitted from prior reports. It was sold on 12/30/2016.

36. Line 308. Morgan Stanley Mutual Fund Account. Exempt-Interest Dividends received monthly inadvertently omitted from prior reports.

37. Line 337. Yandex was partially sold on 12/03/2014 and a purchase was made on 01/09/2015 that was inadvertently omitted from prior reports. It was sold on 01/15/2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544